**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 12:11 PM August 28, 2014**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13 PROCEEDINGS** |
| **KEITH W. STUDER** | : | **CASE NO: 13-60759** |
| **JANE E. STUDER** | : | **JUDGE RUSS KENDIG** |
| **DEBTOR(S)** | : | **AGREED ORDER SETTLING TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO RECONSIDER CASE** |

**************************************************************************

This matter is before the Court on the Trustee's objection to the Debtors' Motion to Reconsider Case.

The case is hereby Reinstated with the following provisions:

1. The Debtors must submit half of all income over $1,000.00 every month.
2. Further, the Debtors will submit pay advices to the Trustee quarterly.

Failure to honor any of the terms of this agreed order will permit the Trustee to DISMISS the case on her affidavit without further notice to the Debtors. The only grounds for vacation of such dismissal shall be a mistake on the part of the Trustee in her affidavit.


/s/ Vance P. Truman
VANCE P TRUMAN, Esq., Attorney for Debtor(s)


/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

                                        ###



                         SERVICE LIST:

KEITH W. and JANE E. STUDER
137 BURBANK STREET
CRESTON, OH 44217

VANCE P TRUMAN
689 LAFAYETTE RD
MEDINA, OH 44256